JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH HOLLYWOOD<br>MENTAL HEALTH,<br><br>    Defendant. | Case No. EDCV 20-02502 MCS (RAO)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED: December 8, 2020

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE